In the Matter of Lt. James M. SKELLY, U.S.N., Petitioner-Appellant,

v.

Hon. Melvin LAIRD, Secretary of Defense, et al., Respondents-Appellees.

No. 26446.

United States Court of Appeals, Ninth Circuit.

June 10, 1971.

Charles R. Khoury, Jr. (argued), San Diego, Cal., for petitioner-appellant.

Gary Hagman (argued), Dept. of Justice, Harry D. Steward, U. S. Atty., San Diego, Cal., for respondents-appellees.

Before KOELSCH, WRIGHT and KILKENNY, Circuit Judges.

## ORDER

The appeal herein, having become moot by reason of the discharge of the appellant from the naval service without other military obligation, it is therefore

Ordered that the appeal be dismissed and the opinion herein filed on April 29, 1971, be withdrawn.